FILED
Western District of Washington
at Seattle

FEB 22 2017

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT

JUDGE Marc L. Barreca
CHAPTER 7

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON **AT SEATTLE**

| In re: | Chapter 7 |
|---|---|
| Baer, Jon Richard dba All Surfaces Inc | No. 05-15954 |
| Debtor(s). | **UNCLAIMED DIVIDENDS MORE THAN $25 FOR DEPOSIT TO REGISTRY FUNDS** |

| NAME & LAST KNOWN ADDRESS OF CREDITOR | CLAIM # | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Crystal Creek Company<br>22833 Bothell Everett Highway, Suite 218<br>Bothell, WA 98021 | 4 | $14,790.01 | $14,790.01 |

Dated: February 17, 2017

*/s/ Peter H. Arkison*

Peter H. Arkison, WSBA #5530
Chapter 7 Trustee